IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>EDUARDO CARO,<br>Defendant. | Criminal No. 00-20 (SEC) |

## ORDER

On May 4, 2000, the Court ordered Attorney Laura Maldonado, counsel for Eduardo Caro to deposit with the Clerk of the Court, 58 medical files. The medical files were deposited and filed under seal (**Docket Nos. 110, 111**). This case is now concluded, the probationer/supervised releasee having been discharged from supervision. All proceedings in the case are terminated, and the case is closed (**Docket No. 393**).

Therefore, Attorney Laura Maldonado shall retrieve the medical files from the Court by no later than **November 23, 2005**. The files are currently in the chambers of the undersigned Magistrate-Judge. Should counsel fail to retrieve the files by the November 23, 2005 deadline, the files will be deposited with the Clerk of the Court, and the Clerk of the Court shall dispose of the files according to the Local Rules of this Court.

**SO ORDERED.**

At San Juan, Puerto Rico, this 1st day of November, 2005.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge